IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNTA Q. BARBER                                                                                        PLAINTIFF

v.                                              4:08CV04115HLJ

T. SHOCK, et al.                                                                                       DEFENDANTS

ORDER

Plaintiff's motion for joinder (DE #5) is hereby DENIED. Plaintiff shall file his amended complaint, in accordance with this Court's November 13, 2008 Order, within ten days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of his complaint.

IT IS SO ORDERED this 2nd day of December, 2008.

_____
United States Magistrate Judge

1