## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNTA Q. BARBER                                               PLAINTIFF

v.                              4:08CV04115BSM/HLJ

T. SHOCK,  et al.                                             DEFENDANTS

### ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants G. Wilcox and Officer Frintz are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 27th day of February, 2009.


_____
United States District Judge