IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNTA Q. BARBER                                                                    PLAINTIFF

v.                                          4:08CV04115HLJ

T. SHOCK, et al.                                                                    DEFENDANTS

## ORDER

By Order dated March 30, 2009, this Court directed defendants to provide the last-known address of defendant Gramtham within ten days of the date of the Order. As of this date, however, defendants have not filed a response. Accordingly,

IT IS, THEREFORE, ORDERED that defendants shall file a last-known address of defendant Gramtham within ten days of the date of this Order.

IT IS SO ORDERED this 30th day of April, 2009.

_____
United States Magistrate Judge