IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNTA Q. BARBER                                                                        PLAINTIFF

4:08CV04115HLJ

T. SHOCK, et al.                                                                        DEFENDANTS

ORDER

By Order dated April 30, 2009, this Court directed defendants to provide the last-known address of defendant J. Gramtham, who has not yet been served (DE #39). Defendants have filed a response, indicating the last-known address as: Joseph Gramtham, 39 Vilsonia Way, Vilonia, AR 72173 (DE #39). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Joseph Gramtham, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 8) on defendant, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 13th day of May, 2009.

*/s/ Henry L. Jones, Jr.*
United States Magistrate Judge