UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNTA Q. BARBER,
ADC #143617                                                                              PLAINTIFF

v.                              CASE NO. 4:08cv04115 BSM/HLJ

T. SHOCK, et al.                                                                        DEFENDANTS

## ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 8th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE