## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHNTA Q. BARBER,**
**ADC #143617**                                                                                    **PLAINTIFF**

**v.**                      **CASE NO. 4:08cv04115 BSM/HLJ**

**T. SHOCK, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case be, and it is hereby, DISMISSED WITH PREJUDICE. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE